IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JENNIFER MARIE JACKSON,        )
                               )
          Plaintiff,           )        4:12CV3041
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )        ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* (Filing No. 2)  The Court has reviewed the request and finds it should be granted. Accordingly,

IT IS ORDERED that plaintiff's application for leave to proceed without prepaying fees or costs is granted.  This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 5th day of March, 2012.

                                          BY THE COURT:

                                          /s/ Lyle E. Strom
                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court